No. 03–10363. WATERFIELD *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 03–10364. SCHEAFFER *v.* CARPENTERS LOCAL 377. C. A. 7th Cir. Certiorari denied.

No. 03–10371. YUCEL *v.* BERGHUIS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 03–10375. FIGUEROA *v.* WALL, DIRECTOR, RHODE ISLAND DEPARTMENT OF CORRECTIONS, ET AL. C. A. 1st Cir. Certiorari denied.

No. 03–10376. ISAAC *v.* YARBOROUGH, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10378. GAITHER *v.* BLANKS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10379. HAYES *v.* CHATMAN, WARDEN. Super. Ct. Hancock County, Ga. Certiorari denied.

No. 03–10381. GRAY *v.* DRETKE, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION. C. A. 5th Cir. Certiorari denied.

No. 03–10382. HOOKER *v.* CASTRO, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 03–10383. HINTON *v.* GREEN ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10384. HADLEY *v.* JOCKISCH. C. A. 7th Cir. Certiorari denied.

No. 03–10385. HALSEY *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 03–10387. HENDERSON *v.* OVERTON, DIRECTOR, MICHIGAN DEPARTMENT OF CORRECTIONS, ET AL. C. A. 6th Cir. Certiorari denied.

No. 03–10389. HERNDON *v.* LUOMA, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.